# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.<br><br>Plaintiff,<br><br>v.<br><br>TESO LT, UAB; OXYSALES, UAB;<br>METACLUSTER LT, UAB;<br><br>Defendants. | Case No.  2:19-cv-395-JRG<br><br>LEAD CASE<br><br>FILED UNDER SEAL |
| LUMINATI NETWORKS LTD.<br>         Plaintiff,<br>                         v.<br>BI SCIENCE (2009) LTD.,<br>         Defendant. | Case No.  2:19-CV-00397-JRG<br>JURY TRIAL DEMANDED |

**OPPOSED MOTION FOR DISMISSAL**

Pursuant to the Settlement Agreement (Ex. A) entered between Plaintiff Luminati Networks Ltd. ("Plaintiff") and Defendant BI Science (2009) Ltd., also known as BI Science Inc. ("BI Science") (Plaintiff and Defendants collectively, the "Parties"), and the April 28, 2020 Arbitration Award (Ex. B), the Parties were to ███████████████████████████ ████████████████████████████████████████████. *See* Ex. A at ¶ 3; Ex. B at 5.  As addressed in the Motion to Dismiss (Dkt. 33), Defendant breached the Settlement Agreement when it ████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████████████. ████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████

████████████████████████████, Luminati requests dismissal of Defendants' claims with prejudice and Luminati's claims without prejudice.  Luminati also respectfully requests its attorneys' fees and all other relief the Court deems appropriate as will be requested in a motion to be filed concurrently in Luminati Networks Ltd. v. BI Science Inc., Case No. 2:18-cv-483.

Dated: May 1, 2020                                        Respectfully submitted,

                                                          By: */s/ Korula T. Cherian*
                                                          Mann | Tindel | Thompson
                                                          300 West Main
                                                          Henderson, TX 75652

1

mark@themannfirm.com
Office 903-657-8540
Cell 903-658-0401
Marshall Office 903-472-4294
Tyler Office 903-596-0900
Waco Office 254-776-3336

Amadou Kilkenny Diaw
Ronald Wielkopolski
RuyakCherian LLP
1901 L St. NW, Suite 700
Washington, DC 20036

Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA  94702

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

*Attorneys for Plaintiff
Luminati Networks Ltd.*

2

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 1st day of May, 2020, with a copy of this document via electronic mail.

/s/ *Korula T. Cherian*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the counsels for the parties have complied with Local Rule CV-7(h).  Counsel participating on the May 1, 2020 meet and confer included: Robert Harkins, Ron Wielkopolski, Mark Mann and Calvin Capshaw on behalf of Plaintiff; Eric Findlay and Debby Gunter on behalf of Defendant.  This motion is opposed.

/s/ *Korula T. Cherian*

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

The undersigned certifies that the foregoing documents are being filed under seal pursuant to Local Patent Rule 2-2.

/s/  *Korula T. Cherian*