# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT DATA LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-00395-JRG |
| | § | |
| TESO LT, UAB, METACLUSTER LT, UAB, OXYSALES, UAB, | § § § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Stipulation and Motion to Dismiss All Non-Patent Claims and Non-Patent Counterclaims (the "Stipulation") filed and signed by Plaintiff Bright Data Ltd. ("Plaintiff") and Defendants Teso LT, UAB, Metacluster LT, UAB, and Oxysales, UAB (collectively, "Defendants"). (Dkt. No. 411). In the same, the parties stipulate to dismissal with prejudice of:

1. Defendants' Counterclaim for Monopolization pursuant to 15 U.S.C. § 2 ("Counterclaim Count I");

2. Defendants' Counterclaim for Attempted Monopolization pursuant to 15 U.S.C. § 2 ("Counterclaim Count II");

3. Defendants' Counterclaim for Breach of Contract ("Counterclaim Count V");

4. Plaintiff's Claim for Misappropriation of Trade Secrets pursuant to 18 U.S.C. § 1836 ("Count IV");

5. Plaintiff's Claim for Intentional Unauthorized Access of Protected Computer pursuant to 18 U.S.C. § 1030(g) ("Count V");

6. Plaintiff's Claim for False Advertising pursuant to 15 U.S.C. § 1125(a) ("Count VI"); and

7. Plaintiff's Claim for Tortious Interference with Business Relations ("Count VII").

(*Id*.).

Having considered the Stipulation, the Court is of the opinion that the same should be and hereby is **ACCEPTED AND ACKNOWLEDGED**. Accordingly, the Court **RECOGNIZES** that Counterclaim Count I, Counterclaim Count II, Counterclaim Count V, Count IV, Count V, Count VI, and Count VII are **DISMISSED WITH PREJUDICE**. It is **ORDERED** that each party shall bear its own costs, fees, and expenses.

**So Ordered this**
**Apr 20, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE