IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Bright Data Ltd.,**<br><br>Plaintiff,<br><br>v.<br><br>**Teso LT, UAB, Oxysales, UAB, and Metacluster LT, UAB,**<br><br>Defendants. | Civil Action No.<br>2:19-cv-00395-JRG |

## AGREED MOTION TO CONTINUE TRIAL SETTING

Plaintiff Bright Data Ltd. ("Bright Data") and Defendants Teso LT, UAB, Oxysales, UAB and Metacluster LT, UAB (collectively, "Oxylabs") file this Agreed Motion to Continue Trial Setting (the "Motion") and respectfully request that the Court continue the September 13, 2021 jury selection date and trial setting to the earliest convenient date for the Court following the Jewish holiday of Yom Kippur.

Currently, this case is set for a one-week jury trial beginning with jury selection on September 13, 2021. The Jewish holiday of Yom Kippur begins at sundown September 15 and concludes at sundown September 16, 2021. As such, Oxylabs' trial counsel, Mr. Leventhal, and its invalidity expert witness, Dr. Freedman, will be unable to attend trial during that period as Jewish tradition, which both Mr. Leventhal and Dr. Freedman observe, require attendance at religious services and refraining from all work activities.[1] Certain of Bright Data's witnesses, many of whom are citizens of Israel, also observe the holiday. For these reasons, the parties respectfully

---

[1] *See* https://www.pbs.org/newshour/nation/cheat-sheet-yom-kippur.

request that the Court continue the trial setting to the earliest convenient date for the Court following October 22, 2021.

Trial counsel for Bright Data, including Mr. Cherian and Mr. Harkins, have another previously set federal trial for two weeks starting on September 27, 2021.[2] Oxylabs' trial counsel Mr. Govett has a previously set federal trial[3] the week of October 11 and Oxylabs' damages expert is unavailable from October 11 to October 22 due to his wedding and honeymoon.

If possible, the parties respectfully request that the pretrial conference date be maintained to aid with trial preparation. The parties have filed five motions for summary judgment, five *Daubert* motions, and other pretrial motions such as motions *in limine*. The Court's rulings on such motions will assist the parties with their respective trial preparations.

Given the foregoing, the parties respectfully request that the Court continue the September 13, 2021 jury selection date and trial setting to the earliest convenient date for the Court after October 22, 2021.

---

[2] *The Coleman Co., Inc. v. Team Worldwide Corp.*, 2:20-cv-351-RGD-RJK (E.D. Va), ECF No. 26.

[3] *SPS Techs., LLC v. Briles Aerospace, Inc.*, 2:18-cv-09536-MWF-AS (C.D. Cal), ECF No. 792.

Dated: August 6, 2021

Respectfully submitted,

s/Robert Harkins
J. MARK MANN
  Texas State Bar No. 12926150
  mark@themannfirm.com
G. BLAKE THOMPSON
  Texas State Bar No. 24042033
  blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
Telephone: (903) 657-8540
Telecopier: (903) 657-6003

KORULA T. CHERIAN
  sunnyc@ruyakcherian.com
ROBERT HARKINS
  bobh@ruyakcherian.com
**RUYAKCHERIAN LLP**
1936 University Avenue, Suite 350
Berkeley, California 94702
Telephone: (510) 944-0192

RONALD WIELKOPOLSKI
  ronw@ruyakcherian.com
**RUYAKCHERIAN LLP**
1901 L Street, NW, Suite 700
Washington, DC 20036
Telephone: (202) 838-1560

S. CALVIN CAPSHAW
  Texas State Bar No. 03783900
  ccapshaw@capshawlaw.com
ELIZABETH L. DERIEUX
  Texas State Bar No. 05770585
  ederieux@capshawlaw.com
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Avenue
Gladewater, Texas 75647
Telephone: (903) 845-5770

*Counsel for Bright Data Ltd.*

Dated: August 6, 2021

Respectfully submitted,

s/Steven Callahan

| | |
|---|---|
| BRETT C. GOVETT<br>  Texas State Bar No. 08235900<br>  brett.govett@nortonrosefulbright.com<br>**NORTON ROSE FULBRIGHT US LLP**<br>2200 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Telephone: (214) 855-8000<br>Telecopier: (214) 855-8200<br><br>DANIEL S. LEVENTHAL<br>  Texas State Bar No. 24050923<br>  daniel.leventhal@nortonrosefulbright.com<br>**NORTON ROSE FULBRIGHT US LLP**<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>Telephone: (713) 651-5151<br>Telecopier: (713) 651-5246 | MICHAEL C. SMITH<br>  Texas State Bar No. 18650410<br>  michael.smith@solidcounsel.com<br>**SCHEEF & STONE, LLP**<br>113 East Austin Street<br>Marshall, Texas 75670<br>Telephone: (903) 938-8900<br>Telecopier: (972) 767-4620<br><br>STEVEN CALLAHAN<br>  Texas State Bar No. 24053122<br>  scallahan@ccrglaw.com<br>CRAIG TOLLIVER<br>  Texas State Bar No. 24028049<br>  ctolliver@ccrglaw.com<br>GEORGE T. "JORDE" SCOTT<br>  Texas State Bar No. 24061276<br>  jscott@ccrglaw.com<br>MITCHELL SIBLEY<br>  Texas State Bar No. 24073097<br>  msibley@ccrglaw.com<br>JOHN HEUTON<br>  Admitted *Pro Hac Vice*<br>  jheuton@ccrglaw.com<br>**CHARHON CALLAHAN ROBSON & GARZA, PLLC**<br>3333 Lee Parkway, Suite 460<br>Dallas, Texas 75219<br>Telephone: (214) 521-6400<br>Telecopier: (214) 764-8392<br><br>*Counsel for Defendants Teso LT, UAB, Oxysales, UAB, and Metacluster LT, UAB* |

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that, on August 2, 2021 and August 6, 2021, he met and conferred by telephone with counsel for Bright Data, Robert Harkins, Esq., and Bright Data has agreed to the relief requested in the foregoing motion.

                                                                           s/Steven Callahan
                                                                           STEVEN CALLAHAN

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on August 6, 2021. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                                                           s/Steven Callahan
                                                                           STEVEN CALLAHAN