IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT DATA LTD., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> TESO LT, UAB, METACLUSTER LT, § <br> UAB, OXYSALES, UAB, § <br> § <br> *Defendants*. § | CIVIL ACTION NO.  2:19-CV-00395-JRG |

**ORDER**

Before the Court is Plaintiff Bright Data Ltd.'s ("Bright Data") Motion for Summary Judgment on Defendants' Counterclaim and Defense of Inequitable Conduct (the "Motion"). (Dkt. No. 240). The Court held a pretrial conference for the above captioned matter on August 31, 2021 at which the Motion was raised. (Dkt. No. 469). The Court informed the parties both at the pretrial conference and in its subsequent Order (Dkt. No. 476) that the Court would consider the Motion post-verdict and to the extent it is not mooted by the jury's verdict. (*Id.* at 135:3–18; Dkt. No. 476 at 5–6). Consistent with these prior instructions, the Motion is **DENIED WITHOUT PREJUDICE**. The Court grants Bright Data leave to re-file the Motion following the return and acceptance of the jury's verdict in this case, to the extent that such inequitable conduct defense remains a live issue at that time and in light of such verdict.

So ORDERED and SIGNED this 16th day of September, 2021.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE