IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT DATA LTD. | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:19-cv-00395-JRG |
| | § | |
| TESO LT, UAB et al | § | |
|     *Defendants.* | § | |

## REPORT OF MEDIATION

The above-captioned case was mediated in person by David Folsom on Thursday, January 6, 2022, between Plaintiffs, Bright Data Ltd., Luminati Networks Ltd., and Defendants, Teso LT UAB, Metacluster LT UAB, and Oxysales, UAB. The mediation session was unsuccessful, however, the undersigned mediator will continue to work with the parties in an effort to settle.

Signed this 19th day of January 2022.

                                                                                     */s/ David Folsom*
                                                                                     David Folsom
                                                                                     TXBN: 07210800
                                                                                    JACKSON WALKER, LLP
                                                                                    6002-B Summerfield Drive
                                                                                    Texarkana, Texas 75503
                                                                                   Telephone: (903) 255-3250
                                                                                   Facsimile: (903) 255-3265
                                                                                    E-mail: dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 19th day of January 2022. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                                                                    */s/ David Folsom*
                                                                                    David Folsom