IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHT DATA LTD., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:19-CV-00395-JRG |
| § | |
| TESO LT, UAB, METACLUSTER LT, § | |
| UAB, OXYSALES, UAB, § | |
| § | |
| *Defendants*. § | |

## ORDER LIFTING STAY

Previously, the Court entered a stay in the above-referenced case pending mediation between Plaintiff Bright Data Ltd. ("Plaintiff" or "Bright Data") and Defendants Teso Lt, UAB, Metacluster LT, UAB, and Oxysales, UAB (together, "Defendants") (Dkt. No. 543), which was conducted on January 6, 2022. On March 16, 2022, the Court denied Plaintiff's Motion to Lift the Stay Order (Dkt. No. 576) and ordered further mediation based on developments following the January 6, 2022 mediation. (Dkt. No. 580.)

Plaintiff and Defendants (collectively, the "Parties") conducted further mediation on August 25, 2022, which ended in an impasse. (Dkt. No. 586.) On August 31, 2022, the Parties filed a Joint Status Report Regarding Mediation (Dkt. No. 594) informing the Court of their remaining disputes and proposing schedules for post-verdict briefing. Defendants state that they have withdrawn their inequitable-conduct defense. (*Id.* at 2.)

The Court has now determined that the stay should be lifted. Accordingly, the court **LIFTS THE STAY** in this case. Further, it is **ORDERED** that Defendants shall file their response to Plaintiff's Motion for Enhanced Damages and Exceptional Case (Dkt. No. 541) within seven (7)

days of this Order. Plaintiff shall file its reply, if any, within seven (7) days thereafter. Defendants shall file their sur-reply, if any, within seven (7) days thereafter.

Plaintiff's Motion for Summary Judgment on Defendants' Counterclaim and Defense of Inequitable Conduct (Dkt. No. 530) is **DENIED AS MOOT** in light of Defendants' abandonment of its prior inequitable conduct defense, as evidenced in Dkt. No. 594.

The parties shall also meet and confer within fourteen (14) days of this date and jointly submit a proposed post-verdict scheduling order setting forth their positions on proposed deadlines and dates for all post-verdict issues.

**So ORDERED and SIGNED this 21st day of September, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE