**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| BRIGHT DATA LTD.<br><br>        Plaintiff,<br><br>   v.<br><br>TESO LT, UAB, OXYSALES, UAB, and<br>METACLUSTER LT, UAB,<br><br>        Defendants. | Case No.  2:19-CV-00395-JRG |

**UNOPPOSED MOTION TO EXPEDITE BRIEFING ON**
**BRIGHT DATA'S MOTION FOR LIMITED POST-TRIAL DISCOVERY (DKT. 607)**

Plaintiff Bright Data Ltd. ("Bright Data") respectfully moves the Court for an order expediting the briefing for Plaintiff's Motion for Limited Post-Trial Discovery (Dkt. 607) ("Motion"). During the September 30, 2022 meet and confer, Defendants agreed to expedited briefing of Plaintiff's filed Motion, whereby Defendant's response will be due on Monday, October 10, 2022, and Bright Data hereby respectfully moves the Court for an order expediting the response to Plaintiff's Motion accordingly.

Dated: September 30, 2022

Respectfully submitted,

By: _/s/ Ronald Wielkopolski_

J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**Capshaw DeRieux, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Korula T. Cherian
Robert Harkins
**RuyakCherian LLP**

1936 University Ave, Ste. 350
Berkeley, CA  94702
sunnyc@cherianllp.com
bobh@cherianllp.com

Ronald Wielkopolski
Thomas Dunham
**RuyakCherian LLP**
1091 L. St. NW, Suite 700
Washington, DC 20006
ronw@cherianllp.com
tomd@ cherianllp.com

*Attorneys for Plaintiff*
*Bright Data Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 30th day of September 2022, with a copy of this document via ECF or electronic mail.

*/s/ Ronald Wielkopolski*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for the parties have complied with Local Rule CV-7(h). A meet and confer was held on September 30, 2022 involving Robert Harkins and Ronald Wielkopolski on behalf of Plaintiff and Steven Callahan on behalf of Defendants. Defendants do not oppose this motion.

*/s/ Ronald Wielkopolski*