IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Bright Data Ltd.,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**Teso LT, UAB, Oxysales, UAB, and Metacluster LT, UAB,**<br><br>        **Defendants.** | Civil Action No.<br><br>2:19-cv-00395-JRG |

**OXYLABS' NOTICE OF PATENT OFFICE ACTIVITY ('319 PATENT)**

Oxylabs hereby notifies the Court that, on May 31, 2023, the PTAB issued its Final Written Decision in IPR2022-00135, a copy of which is attached as **Exhibit A**.

In the Final Written Decision, the PTAB determined that all challenged claims of U.S. Patent No. 10,257,319 were unpatentable, including the two asserted claims of the '319 patent that were a subject of the jury's verdict in the above-referenced case (i.e., claims 1 and 26). ECF No. 516 at 2.

Dated: May 31, 2023

Respectfully submitted,

*/s/ Michael C. Smith*

BRETT C. GOVETT
  Texas State Bar No. 08235900
  brett.govett@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Telecopier: (214) 855-8200

DANIEL S. LEVENTHAL
  Texas State Bar No. 24050923
  daniel.leventhal@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Telecopier: (713) 651-5246

MICHAEL C. SMITH
  Texas State Bar No. 18650410
  michael.smith@solidcounsel.com
**SCHEEF & STONE, LLP**
113 East Austin Street
Marshall, Texas 75670
Telephone: (903) 938-8900
Telecopier: (972) 767-4620

STEVEN CALLAHAN
  Texas State Bar No. 24053122
  scallahan@ccrglaw.com
CHRISTOPHER T. BOVENKAMP
  Texas State Bar No. 24006877
  cbovenkamp@ccrglaw.com
CRAIG TOLLIVER
  Texas State Bar No. 24028049
  ctolliver@ccrglaw.com
GEORGE T. "JORDE" SCOTT
  Texas State Bar No. 24061276
  jscott@ccrglaw.com
MITCHELL SIBLEY
  Texas State Bar No. 24073097
  msibley@ccrglaw.com
JOHN HEUTON
  Admitted *Pro Hac Vice*
  jheuton@ccrglaw.com
**CHARHON CALLAHAN
ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

*Counsel for Defendant Oxylabs, UAB*

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on May 31, 2023. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

<br>

_____
STEVEN CALLAHAN