**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **Bright Data Ltd.,** | |
| **Plaintiff,** | **Civil Action No.** |
| **v.** | **2:19-cv-00395-JRG** |
| **Teso LT, UAB, Oxysales, UAB, and Metacluster LT, UAB,** | |
| **Defendants.** | |

## OXYLABS' NOTICE OF PATENT OFFICE ACTIVITY ('319 AND '510 PATENTS)

Oxylabs hereby notifies the Court that, on September 25, 2023 and September 27, 2023, the PTAB issued its Final Written Decision in IPR2021-01493 (attached as **Exhibit A**) and its Final Written Decision in IPR2021-01492 (attached as **Exhibit B**).

In the Final Written Decisions, the PTAB determined that all challenged claims of U.S. Patent Nos. 10,257,319 and 10,484,510 were unpatentable, including the asserted claims of the '319 and '510 patents that were a subject of the jury's verdict in the above-referenced case (i.e., claims 1 and 26 of the '319 patent and claims 1 and 22 of the '510 patent). ECF No. 516 at 2.

These Final Written Decisions are in addition to the Final Written Decisions in IPR2022-00135 and IPR2022-00915 (both involving the '319 patent) and the Final Written Decisions in IPR2022-00138 and IPR2022-00916 (both involving the '510 patent), which previously determined that all challenged claims of the '319 and '510 patents were unpatentable, including the

1

asserted claims of the '319 and '510 patents that were a subject of the jury's verdict in the above-referenced case.[1] *See* ECF Nos. 641, 642, 643.

---

[1]    Oxylabs understands that Bright Data has appealed the Final Written Decisions entered in all of the referenced IPRs.

Dated: September 27, 2023

Respectfully submitted,

BRETT C. GOVETT
  Texas State Bar No. 08235900
  brett.govett@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Telecopier: (214) 855-8200

DANIEL S. LEVENTHAL
  Texas State Bar No. 24050923
  daniel.leventhal@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Telecopier: (713) 651-5246

MICHAEL C. SMITH
  Texas State Bar No. 18650410
  michael.smith@solidcounsel.com
**SCHEEF & STONE, LLP**
113 East Austin Street
Marshall, Texas 75670
Telephone: (903) 938-8900
Telecopier: (972) 767-4620

STEVEN CALLAHAN
  Texas State Bar No. 24053122
  scallahan@ccrglaw.com
CHRISTOPHER T. BOVENKAMP
  Texas State Bar No. 24006877
  cbovenkamp@ccrglaw.com
CRAIG TOLLIVER
  Texas State Bar No. 24028049
  ctolliver@ccrglaw.com
GEORGE T. "JORDE" SCOTT
  Texas State Bar No. 24061276
  jscott@ccrglaw.com
MITCHELL SIBLEY
  Texas State Bar No. 24073097
  msibley@ccrglaw.com
JOHN HEUTON
  Admitted *Pro Hac Vice*
  jheuton@ccrglaw.com
**CHARHON CALLAHAN
ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

*Counsel for Defendant Oxylabs, UAB*

3

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on September 27, 2023. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

_____
STEVEN CALLAHAN

4