## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **Bright Data Ltd.,**<br><br>   **Plaintiff,**<br><br>   **v.**<br><br>**Teso LT, UAB, Oxysales, UAB, and Metacluster LT, UAB,**<br><br>   **Defendants.** | Civil Action No.<br><br>**2:19-cv-00395-JRG** |

### OXYLABS' NOTICE OF FEDERAL CIRCUIT DECISION
### ('319 AND '510 PATENTS)

Oxylabs notifies the Court that, on August 1, 2025, the Federal Circuit issued its decision in *Bright Data Ltd. v. Code200, UAB et al.* (attached as **Exhibit A**).

In its decision, the Federal Circuit affirmed the PTAB's determinations in IPR2021-01492, IPR2021-01493, IPR2022-00135, IPR2022-00915, IPR2022-00138, and IPR2022-00916 that all challenged claims of U.S. Patent Nos. 10,257,319 and 10,484,510 were unpatentable, including the asserted claims of the '319 and '510 patents that were a subject of the jury's verdict in the above-referenced case (i.e., claims 1 and 26 of the '319 patent and claims 1 and 22 of the '510 patent). ECF No. 516 at 2.

1

Dated: August 4, 2025

Respectfully submitted,

BRETT C. GOVETT
  Texas State Bar No. 08235900
  brett.govett@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Telecopier: (214) 855-8200

DANIEL S. LEVENTHAL
  Texas State Bar No. 24050923
  daniel.leventhal@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Telecopier: (713) 651-5246

MICHAEL C. SMITH
  Texas State Bar No. 18650410
  michael.smith@solidcounsel.com
**SCHEEF & STONE, LLP**
113 East Austin Street
Marshall, Texas 75670
Telephone: (903) 938-8900
Telecopier: (972) 767-4620

STEVEN CALLAHAN
  Texas State Bar No. 24053122
  scallahan@ccrglaw.com
CHRISTOPHER T. BOVENKAMP
  Texas State Bar No. 24006877
  cbovenkamp@ccrglaw.com
CRAIG TOLLIVER
  Texas State Bar No. 24028049
  ctolliver@ccrglaw.com
MITCHELL SIBLEY
  Texas State Bar No. 24073097
  msibley@ccrglaw.com
**CHARHON CALLAHAN
ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

*Counsel for Defendant Oxylabs, UAB*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on August 4, 2025. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

STEVEN CALLAHAN